# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL J. GIGNAC, ) | |
| ) | |
| PETITIONER ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:95-CR-75-DBH |
| ) | (CIVIL NO. 2:14-cv-546-DBH) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| RESPONDENT ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 6, 2015, the United States Magistrate Judge filed with the court, with a copy to the petitioner, his Recommended Decision on 28 U.S.C. § 2241 Motion. The time within which to file an objection expired on February 23, 2015, and no objection has been filed. The Magistrate Judge notified the petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. In accordance with the gatekeeping provisions of 28 U.S.C. §§ 2244, 2255(h), the petitioner's motion is **DISMISSED** without requiring the Government to answer. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases shall not issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

DATED THIS 4TH DAY OF MARCH, 2014

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE