# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL J. GIGNAC, )<br>)<br>PETITIONER )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>RESPONDENT ) | CRIMINAL NO. 2:95-CR-75-DBH<br>(CIVIL NO. 2:14-cv-546-DBH) |

## ORDER ON PETITIONER'S OBJECTIONS

After I entered my Order on March 4, 2015, affirming the Recommended Decision of the Magistrate Judge because the time to object had expired on February 23, 2015, the defendant/petitioner filed on March 9, 2015, his "Objections." He has not provided any reason for his late response. (Without explanation he attaches a handwritten envelope marked "return to sender" addressed to him at the Penobscot County Jail, ostensibly from the Clerk's Office of the federal court in Bangor, but the Clerk's Office uses pre-printed envelopes and typed labels, and Penobscot County Jail is not the current address that the Clerk's Office uses for him.) I have read the "Objections" and see no reason to vacate my Order of March 4, 2015. Therefore, the objections are **OVERRULED**.

SO ORDERED.

DATED THIS 10TH DAY OF MARCH, 2014

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**